PER CURIAM.

SOUTH ELGIN MANOR, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed March 8, 1974.*

SOUTH ELGIN MANOR, Claimant, pro se.

272

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.